FILED 13 JUL '22 14:24 USDC-ORP

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JOSHAN ROHANI,**

**Defendant.**

**No. 3:22-cr-00238-IM**

**INDICTMENT**

**18 U.S.C. §§ 2251(a) and (e)**
**18 U.S.C. § 2252A(a)(5)(B)**

**Forfeiture Allegation**

**THE GRAND JURY CHARGES**

**Count 1**
**(Sexual Exploitation of Children)**
**(18 U.S.C. § 2251(a) and (e))**

On or about May 6, 2020, in the District of Oregon, defendant **JOSHAN ROHANI** employed and used Minor Victim 1, a person under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, said visual depiction having been produced using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a) and (e).

**Count 2**
**(Possession of Child Pornography)**
**(18 U.S.C. § 2252A(a)(5)(B))**

On or about May 24, 2022, in the District of Oregon, defendant **JOSHAN ROHANI** knowingly possessed material containing child pornography, including visual depictions of

prepubescent minors or minors under 12 years of age, that had been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## Forfeiture Allegation

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense described above in Counts 1-2 of this indictment, defendant **JOSHAN ROHANI** shall forfeit to the United States any and all matter that contains visual depictions of minors engaging in sexually explicit conduct, any and all property that was used or was intended to be used in any manner or part to commit or promote the commission of the violations alleged in those counts, or any property, real or personal, constituting or traceable to proceeds of those offenses.

DATED: July 13th, 2022.

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

GARY Y. SUSSMAN
Assistant United States Attorney