AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

ORIGINAL

U.S. MARSHALS SERVICE JUL 14 '22 9:27AM

FILED20 SEP '22 13:18USDC-ORP

United States of America
v.

Joshan Rohani

*Defendant*

Case No. 3:22-cr-00238-IM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Joshan Rohani, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation of Children
Possession of Child Pornography

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**Date:** **07/14/2022**

**s/K. Garcia**
*Issuing officer's signature*

**City and State:** **Portland, OR**

**K. Garcia, Deputy Clerk**
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: DATE 7/15/2022

ARRESTED BY HSI

*Arresting officer's signature*

*Printed name and title*

U.S. MARSHAL

BY ERIC WAHLSTROM